IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BRENDA M. McILVAIN**                                    **PLAINTIFF**

**V.**                    **CASE NO.: 5:16-CV-5359**

**NANCY A. BERRYHILL, Acting Commissioner**
**Social Security Administration**                        **DEFENDANT**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 13) filed in this case on June 5, 2017, by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Commissioner's Unopposed Motion to Remand (Doc. 12) is hereby **GRANTED** and this case is **REMANDED** for further administrative action pursuant to sentence four of 42 USC § 405(g).

**IT IS SO ORDERED** on this 6th day of June, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE